United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENELL M. TARTT, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01521 |
| MARTIN J. O'MALLEY, | § § § | |
| Defendant. | § § | |

## ORDER OF REFERRAL

Pursuant to 28 U.S.C. § 636(b)(1) and General Order 80-5, this case is REFERRED to a United States Magistrate Judge.

On April 25, 2024, Defendant consented to the jurisdiction of the Magistrate Judge to conduct all proceedings. Doc. #5. Plaintiff is ORDERED to advise the Court within 20 days after entry of this order whether she will consent to the jurisdiction of the Magistrate Judge for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties, the Clerk is ORDERED to forward a "Consent to Proceed Before a Magistrate Judge" form with Plaintiff's copy of this Order.

The Clerk will enter this Order and notify all parties.

It is so ORDERED.

SEP 1 9 2024
_____          _____
Date                          The Honorable Alfred H. Bennett
                              United States District Judge