United States District Court
Southern District of Texas

**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jenell M. Tartt | § |
| | §    CIVIL ACTION NO: |
| *versus* | §    4:24-cv-01521 |
| | § |
| Commissioner of Social Security | § |

## CONSENT / DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE IN A SOCIAL SECURITY CASE

The United States has informed the Court of its general consent to Magistrate Judge jurisdiction in Social Security appeals, subject to a reservation of the right to withdraw its consent in unusual cases and to a reservation of the right to withdraw its general consent in the future.

Plaintiff and Plaintiff's counsel are hereby notified of Plaintiff's right to consent to Magistrate Judge jurisdiction of this entire case, including trial and final judgment, pursuant to 28 U.S.C. § 636(c). Consent improves the efficiency of the courts, and the Judges of this Court encourage it. Upon all parties' consent, the case will be transferred to the assigned Magistrate Judge, who will assume all the duties and powers of the District Judge.

Plaintiff is free to consent or withhold consent to Magistrate Judge jurisdiction without any adverse consequences. Absent Plaintiff's consent, the District Judge may still refer any or all pretrial matters to the Magistrate Judge pursuant to 28 U.S.C. § 636(b).

**Plaintiff must complete the *consent/declination* portion of this form and file it with the Court within 30 days of the date of this notice:**

☒ *I consent to a Magistrate Judge's authority* and waive my right to proceed before a District Judge and consent to have the assigned U.S. Magistrate Judge conduct all further proceedings, including trial, entry of final judgment, and all post-trial proceedings.

☐ *I decline to consent to a Magistrate Judge's authority.*

| s/ Stephen M. Sloan | Jenell M. Tartt | 12/23/2025 |
|---|---|---|
| Attorney's or Party's Signature | Name of Party Represented | Date |

### ORDER OF TRANSFER TO MAGISTRATE JUDGE

This case is transferred to United States Magistrate Judge Yvonne Ho to conduct all further proceedings, including final judgment.

January 15, 2026
Date

_____
United States District Judge